FILED
CHARLOTTE, NC
AUG - 2 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH APPLE ID: HHBROWN77@ICLOUD.COM THAT IS STORED AT PREMISES CONTROLLED BY APPLE INC. | Case No. 3:19mj260<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Apple Inc. ("Apple"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant for the period of one year.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee prosecution, destroy or tamper with evidence, change patterns of behavior, and/or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Apple shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, until one year from the date of this Order, except that Apple may disclose the attached warrant to an attorney for Apple for the purpose of receiving legal advice.

1

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

8/2/19
Date

_____
United States Magistrate Judge