# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:19-MJ-260-DCK *SEALED*

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | |
| APPLE ID: HHBROWN77@ICLOUD.COM, ) | ORDER |
| THAT IS STORED AT PREMISES ) | |
| CONTROLLED BY APPLE, INC. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Unseal" (Document No. 4) filed December 3, 2019, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, seeking an order directing that the application, warrant, and supporting affidavit in the above-captioned case be unsealed; and

**IT APPEARING TO THE COURT** that the application, warrant, and supporting affidavit no longer need to remain sealed;

**IT IS THEREFORE ORDERED** that the application, warrant, and supporting affidavit shall be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Daniel.ryan@usdoj.gov).

**SO ORDERED**.

Signed: December 9, 2019

David C. Keesler
United States Magistrate Judge